JOHN L. BURRIS, Esq./ State Bar # 69888
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

GAYLA B. LIBET, Esq./ State Bar # 109173
LAW OFFICES OF GAYLA B. LIBET
486 41st Street, # 3
Oakland, CA 94609
Telephone and Facsimile: (510) 420-0324

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WILLIAMS, | No. C-04-3663-JL (MED) |
| Plaintiff, | **STIPULATION AND ORDER RESCHEDULING UPDATED** |
| vs. | **CASE MANAGEMENT CONFERENCE** |
| CITY OF OAKLAND, a municipal corporation; RICHARD WORD, in his capacity as Chief of Police for the CITY OF OAKLAND; JOSEPH FOREMAN, individually, and in his capacity as an Oakland police officer; LESA LEONIS, individually, and in her capacity as an Oakland police officer; and, DOES 2 through 25, inclusive, | |
| Defendants.            / | |

The parties, by and through their respective counsel, hereby Stipulate and agree as follows:

1. That the Case Management Conference in this action be rescheduled from July 13, 2005 to September 28, 2005 at 10:30 a.m., so that the Conference can take place after the Mediation has been completed; and,

2. That the date on which the Joint Updated Case Management Conference Statement will be

STIPULATION AND ORDER RESCHEDULING UPDATED CASE MANAGEMENT CONFERENCE

1

due is rescheduled to September 21, 2005.

                              Respectfully submitted,

                              LAW OFFICES OF GAYLA B. LIBET

Dated: 7/6/05      By: /s/
                              GAYLA B. LIBET, Esq.
                              Attorneys for Plaintiff

                              OFFICE OF THE OAKLAND CITY ATTORNEY

Dated: 7/8/05      By: /s/
                              PETER HALLIFAX, Esq.
                              Attorneys for Defendants

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 7/12/05      /s/ James Larson
                              HONORABLE JAMES LARSON
                              United States District Court Judge