JOHN L. BURRIS, Esq./ State Bar # 69888
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

GAYLA B. LIBET, Esq./ State Bar # 109173
LAW OFFICES OF GAYLA B. LIBET
486 41st Street, # 3
Oakland, CA 94609
Telephone and Facsimile: (510) 420-0324

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WILLIAMS, | No. C-04-3663-JL (MED) |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING TIME FOR SCHEDULING MEDIATION CONFERENCE** |
| vs. | |
| CITY OF OAKLAND, a municipal corporation; RICHARD WORD, in his capacity as Chief of Police for the CITY OF OAKLAND; JOSEPH FOREMAN, individually, and in his capacity as an Oakland police officer; LESA LEONIS, individually, and in her capacity as an Oakland police officer; and, DOES 2 through 25, inclusive, | |
| Defendants. / | |

The parties, by and through their respective counsel, hereby Stipulate and agree as follows:

1. That the time for scheduling Mediation Conference be extended to <u>August 31, 2005</u>, due to the scheduling conflict that arose for Mediator, Donna Brorby with the earlier date selected for Mediation, and the difficulty subsequently encountered by the parties and the Mediator for

STIPULATION AND ORDER EXTENDING TIME FOR SCHEDULING MEDIATION CONFERENCE       1

rescheduling on a mutually convenient date; and,

2. That the Mediation Conference is rescheduled to take place on <u>August 15, 2005 at 1:00 p.m.</u> at defendants' attorneys law offices, located at Oakland City Hall, One Frank H. Ogawa Plaza, Sixth Floor, Oakland, CA 94612.

Respectfully submitted,

LAW OFFICES OF GAYLA B. LIBET

Dated: 7-8-05        By: /s/ Gayla B. Libet
                         GAYLA B. LIBET, Esq.
                         Attorneys for Plaintiff

OFFICE OF THE OAKLAND CITY ATTORNEY

Dated: 7/11/05       By: /s/
                         PETER HALLIFAX, Esq.
                         Attorneys for Defendants

LAW OFFICES OF DONNA J. BRORBY

Dated:_____        By:       /s/
                         DONNA J. BRORBY, Esq.
                         Mediator

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 7/12/05       /s/ James Larson
                     HONORABLE JAMES LARSON
                     United States District Court Judge

STIPULATION AND ORDER EXTENDING TIME FOR SCHEDULING MEDIATION CONFERENCE    2