JOHN L. BURRIS, Esq./ State Bar # 69888
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

GAYLA B. LIBET, Esq./ State Bar # 109173
LAW OFFICES OF GAYLA B. LIBET
486 41st Street, # 3
Oakland, CA 94609
Telephone and Facsimile: (510) 420-0324

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WILLIAMS,<br><br>   Plaintiff,<br><br>vs.<br><br>CITY OF OAKLAND, a municipal corporation;<br>RICHARD WORD, in his capacity as Chief of<br>Police for the CITY OF OAKLAND;<br>JOSEPH FOREMAN, individually, and in his<br>capacity as an Oakland police officer;<br>LESA LEONIS, individually, and in her<br>capacity as an Oakland police officer; and,<br>DOES 2 through 25, inclusive,<br><br>   Defendants.         / | No. C-04-3663-JL (MED)<br><br>**STIPULATION AND ORDER<br>RESCHEDULING UPDATED<br>CASE MANAGEMENT CONFERENCE** |

The parties, by and through their respective counsel, hereby Stipulate and agree as follows:

1. That the Case Management Conference in this action be rescheduled from September 21, 2005 to November 16, 2005 at 10:30 a.m., so that the case has time to be settled, which appears to be imminent; and,

2. That the date on which the Joint Updated Case Management Conference Statement will be

STIPULATION AND ORDER RESCHEDULING UPDATED CASE MANAGEMENT CONFERENCE     1

due is rescheduled to November 10, 2005.

Respectfully submitted,

LAW OFFICES OF GAYLA B. LIBET

Dated: 9-20-05   By: /s/ Gayla B. Libet
                     GAYLA B. LIBET, Esq.
                     Attorneys for Plaintiff

OFFICE OF THE OAKLAND CITY ATTORNEY

Dated: 9-20-05   By: /s/ P.H.
                     PETER HALLIFAX, Esq.
                     Attorneys for Defendants

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 9/21/05



IT IS SO ORDERED
Judge James Larson

HONORABLE JAMES LARSON
United States Magistrate Judge

STIPULATION AND ORDER RESCHEDULING UPDATED CASE MANAGEMENT CONFERENCE         2